951 A.2d 264

**Adrian DRUMMOND, Petitioner**

v.

**Superintendent SHANNON, D.A. Lynne Abraham, Judge Lillian Ransom, Respondents.**

Supreme Court of Pennsylvania.

June 25, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of June, 2008, the Application for Leave to File Original Process is **GRANTED;** the Petition for Writ of Habeas Corpus is **DENIED.**